# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

CAROLYN J STEPHENS and
CAROLYN J STEPHENS REV TR,

                                                  CASE NO. 2:23-cv-01021-JES-KCD

    *Plaintiffs*,

vs.

FLORIDA FAMILY INSURANCE COMPANY,

    *Defendant.*
_____/

## JOINT NOTICE OF SETTLEMENT

    Pursuant to United States District Court for the Middle District of Florida Local Rule 3.09(a), Plaintiffs, CAROLYN J STEPHENS and CAROLYN J STEPHENS REV TR, and Defendant, FLORIDA FAMILY INSURANCE COMPANY, hereby submit notice of settlement of the instant action.  The parties are finalizing the settlement paperwork and will file appropriate dismissal papers in a timely manner.

    Respectfully submitted this <u>17th</u> day of July, 2024.

*[CONTINUE TO NEXT PAGE]*

| | |
|---|---|
| */s/ Jordan Bieber* | */s/ John A. Unzicker* |
| Jordan Bieber, Esq. | John A. Unzicker Jr., Esq. |
| Florida Bar No.: 100164 | Florida Bar No.: 320366 |
| Weisser Elazar & Kantor, PLLC | Nielsen & Treas, LLC |
| Attorneys for Plaintiffs | Attorneys for Defendant |
| 800 E. Broward Blvd., Suite 510 | 3838 N. Causeway Blvd., Suite 2850 |
| Fort Lauderdale, FL 33301 | Metairie, LA 70002 |
| T: (954) 486-2623 | T: (504) 837-2500 |
| F: (954) 572-8695 | F: (504) 603-0730 |
| Email: jb@weklaw.com | Email: junzicker@nt-lawfirm.com |
|       cm@weklaw.com | |
|       service@weklaw.com | |