```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                         FORT MYERS DIVISION
```

CAROLYN J STEPHENS and
CAROLYN J STEPHENS REV TR,

    Plaintiffs,

v.                                   Case No: 2:23-cv-1021-JES-KCD

FLORIDA FAMILY INSURANCE COMPANY,

    Defendant.

_____

## ORDER

On July 17, 2024, the Court entered an Order (Doc. #17) administratively closing the case for a period of time to allow the parties to submit final documents. That time has now expired, and no stipulated form of final order or judgment has been submitted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Clerk of the Court shall enter judgment dismissing the case with prejudice, terminate all pending matters, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this __26th__ day of August 2024.

                                                 _/s/ John E. Steele_
                                                 JOHN E. STEELE
                                                 SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of record